MATTIE MOORE, Respondent, v. LUIGI COZZI, Doing Business under the Trade

Name and Style of C. Buonocore & Son, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.